```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         OCT 10 2008

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | | |
|---|---|---|
| RONALD HOLLMAN, | ) | Case No. EDCV NO. 05-262-MMM(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MR. SCRIBNER, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _October 10, 2008_

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge

13